| | |
|---|---|
| 1 | BREMER WHYTE BROWN & O'MEARA LLP |
| 2 | Alison K. Hurley, State Bar No. 234042<br>ahurley@bremerwhyte.com |
| 3 | Gianna N. Liddy, State Bar No. 316960<br>gliddy@bremerwhyte.com |
| 4 | 760 Garden View Court<br>Suite 220 |
| 5 | Encinitas, CA 92024<br>Telephone: (760) 557-2940 |
|   | Facsimile: (619) 236-0047 |

Attorneys for Defendant,
ABM INDUSTRIES, INCORPORATED

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE BAESKENS, an individual,, | Case No. 2:25-cv-06769-WLH-KS |
| Plaintiff, | **ORDER RE STIPULATION TO REMAND [24]** |
| vs. | |
| ABM INDUSTRIES, INCORPORATED, a Delaware corporation; DOES 1 through 20, inclusive, | |
| Defendants. | **JS-6** |

Having considered the parties' Joint Stipulation to Remand (Dkt. No. 24), and good cause appearing therefor, the Court hereby **REMANDS** this action to the Superior Court of California, County of Los Angeles.

**IT IS SO ORDERED.**

Dated: November 25, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE